IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| ROB MARETT INC., AND ROBERT M. MARETT JR., Individually, ) ) ) | |
| Defendants. ) | CIVIL ACTION FILE NO. |
| ---------------------------------------------------------- ) | |
| ROB MARETT, INC., ) ) | 3:07-CV-28 (CDL) |
| Defendant/Third Party Plaintiff, ) ) ) | |
| ) | |
| MORAN FRAMING CO., INC., MICHAEL MORAN, and AIR-TIGHT INSULATION, INC. ) ) ) ) | |
| Third Party Defendants ) | |

**DEFENDANTS/THIRD PARTY PLAINTIFFS ROB MARETT INC., AND ROBERT M. MARETT JR.'S MOTION IN LIMINE TO EXCLUDE EXPERT OPINIONS NOT PREVIOUSLY DISCLOSED**

COMES NOW Defendants/Third Party Plaintiffs Rob Marett, Inc. and Robert M. Marett Jr. and file this motion in limine to exclude expert opinions not previously disclosed.

This motion is based on the entire record and is supported by a brief setting forth in greater detail the grounds for this motion and authorities in support thereof.

WHEREFORE, Defendants/Third Party Plaintiffs Rob Marett, Inc. and Robert M. Marett Jr. request that this motion in limine be GRANTED.

1

This 2nd day of April, 2009.

        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

        */s/ David I. Matthews*
        _____
        **DAVID I. MATTHEWS**
        Georgia Bar No. 477510
        **BRANNON J. ARNOLD**
        Georgia Bar No. 218034

        *Attorneys for Defendants/Third-Party Plaintiffs*

950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia  30326
404-876-2700

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2009, a true and correct copy of the foregoing has been uploaded into the CM/ECF system, which will send electronic notice to all counsel of record.

| | |
|---|---|
| Robert M. Finlayson, II, Esq.<br>Ruth M. Pawlak, Esq.<br>Mozley, Finlayson & Loggins, LLP<br>One Premier Plaza, Suite 900<br>5605 Glenridge Drive<br>Atlanta, Georgia  30342<br>ccrawford@mfllaw.com | Robert Youngblood, Esq.<br>2844 Lawrenceville-Suwanee Road<br>Suite 760, No. 413<br>Suwanee, Georgia  30024<br>bobyoungblood@mindspring.com |
| Robert E. Jones<br>Cozen O'Connor<br>2200 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, Georgia  30308<br>rejones@cozen.com | William A. Dinges, Esq.<br>Temple, Strickland, Dinges & Schwartz<br>3576 Covington Highway<br>Suite 100<br>Decatur, Georgia  30032<br>wad@tsdslaw.com |
| | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br><br>  /s/ David I. Matthews<br>_____<br>**DAVID I. MATTHEWS**<br>Georgia Bar No. 477510<br>**BRANNON J. ARNOLD**<br>Georgia Bar No. 218034 |

3